IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| IQE KC, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AKOUSTIS TECHNOLOGIES, INC., <br><br> *Defendant*. | CIVIL ACTION NO. 2:24-MC-00008-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) filed by Plaintiff IQE KC, LLC and Defendant AKOUSTIS TECHNOLOGIES, INC. **Dkt. No. 60**. In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. *Id*. at 1.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no parties remain.

**SIGNED this 9th day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE